IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:02-cr-00043-MP-AK

JOSEPH THERON MILES,

   Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 437, Motion for Reconsideration, filed by Defendant Joseph Miles, which seeks reconsideration of the order denying Defendant's motion to reduce his sentence. At sentencing, the Court exercised its discretion and sentenced Defendant Miles below the Guideline range. Since Defendant's sentence is still below the range under the amended Sentencing Guidelines, the Court finds that no further reduction is warranted at this time. Therefore, Defendant's motion for reconsideration is denied.

**DONE AND ORDERED** this  *16th* day of June, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge